# EXHIBIT A

```
                                                          Page 1

 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2

 3    RESIDENTIAL ENERGY SERVICES           )Case No:
      NETWORK, INC.,                        )22CV1641 LL MSB
 4            Plaintiff                     )
      vs.                                   )
 5                                          )
      BUILDING SCIENCE INSTITUTE, LTD., CO., )
 6    A TEXAS CORPORATION, AND BRETT DILLON, )
      INDIVIDUALLY, JOINTLY, AND SEVERALLY,  )
 7            Defendant.                    )
 8
 9          CONFIDENTIAL - ATTORNEYS' EYES ONLY
10          VIDEOTAPED DEPOSITION OF CONNOR DILLON
11          Taken via remote means whereby all parties
12    appeared via Zoom on July 8, 2025 at 10:04 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 89

```
1   Q.   Are you paid by BSI?
2   A.   Are you saying what company is labeled on my check?
3   Q.   Yes.
4   A.   I believe the check says The Dillon Group, Inc.
5        because it's the holding company.
6   Q.   Are you paid on a commission basis or salary?
7   A.   I'm paid salary.
8   Q.   Do you have an annual salary?
9   A.   It's an annual salary paid bimonthly, twice a month.
10  Q.   And estimate what is your annual salary?
11  A.   Pre or post tax?
12  Q.   Pretax?
13  A.   $69,500 pretax.
14  Q.   Okay.
15            MS. CARGILE:  Mr. Colls, you're still screen
16       sharing.
17            MR. COLLS:  Q.  Yeah, I'm getting back to the
18       exhibit.  Just I don't want to take it down and put it
19       back up.  Well, do you receive -- you said you were
20       salary.  Do you receive any commissions based on any
21       work you do for BSI at all?
22  A.   No, no.
23  Q.   Just salary?
24  A.   I'm just salaried.
25  Q.   Do you receive any bonuses?
```